

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

August 22, 2022

**BY ECF**
Honorable Judge Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:    Maddy v. Ash & Erie, Inc..; Case No 1:22-cv-3936-GHW**

To the Honorable Judge Woods,

      Plaintiff submits this letter-motion seeking an adjournment of the initial pretrial conference currently scheduled for August 26, 2022. Plaintiff has not been in contact with the Defendant herein thus far. Plaintiff has yet to successfully effectuate service upon Defendant, despite numerous attempts to serve. Attached to the filing of this letter and proofs of service showing Plaintiff's attempts to serve Defendant on July 13, 2022 and July 27, 2022. Plaintiff respectfully asks the Court for additional time to effectuate service on the Defendant. As such, Plaintiff requests a new conference date of October 3, 2022, or a date more convenient to the Court.

      Plaintiff thanks the Court for its attention and consideration in this matter.

      Respectfully submitted,

      /s/ Mars Khaimov, Esq.

