AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:22-CV-3936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ash & Erie, Inc.**
was recieved by me on **7/10/2022:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒ I returned the summons unexecuted because **Moved**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  07/13/2022

*Server's signature*

**Walter Reed**
*Printed name and title*

**16160 Mark Twain**
**Detroit, MI 48235**

*Server's address*

Additional information regarding attempted service, etc:

**7/13/2022 2:56 PM: I spoke with an individual who indicated they were the security for 1555 broadway detroit, mi and they stated subject moved.  The  company has been gone for at least 2 years**




Tracking #: **0089648928**