AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:22-CV-3936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ash & Erie, Inc.**
was recieved by me on **7/27/2022:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒  I returned the summons unexecuted because **Unknown**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  07/28/2022

*Server's signature*

**Matthew Chivell**
*Printed name and title*

**24573 Fairway Hills Dr
Novi, MI 48374**

*Server's address*

Additional information regarding attempted service, etc:

**7/27/2022 3:57 PM: this business is not located at this address, there is no security or property management office at location.  The business directory for the building does not list defendant.**





Tracking #: **0090355993**